[No. 73652-3-I. Division One. June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. T.M.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-00731-1, Barbara A. Mack, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Leach, J.

[No. 73909-3-I. Division One. June 20, 2016.]

*In the Matter of the Dependency of* G.J.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MARISA SMITH-SINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-7-00453-7, Eric Z. Lucas, J., entered August 27, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Leach, JJ.

[No. 74116-1-I. Division One. June 20, 2016.]

NADENE RAPADA, *Respondent*, v. NOOKSACK INDIAN TRIBE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-2-01267-1, Charles R. Snyder, J., entered September 21, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Schindler, J.

[No. 75032-1-I. Division One. June 20, 2016.]

DEBRA KOSHELNIK ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01261-9, Carol Murphy, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.